UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

NOLAN JARVIS (#128609)

VERSUS                                           CIVIL ACTION

TIM KEITH, ET AL                                 NUMBER 12-599-BAJ-SCR

**RULING**

Pro se petitioner, an inmate confined at Winn Correctional Center, Winnfield, Louisiana, filed a Petition Under 28 U.S.C. § 2254 For Writ of Habeas Corpus By a Person in State Custody related to his 1989 East Baton Rouge Parish conviction on first degree robbery charges.

On September 25, 2012, the petitioner was ordered within 15 days to correct deficiencies in the pleadings. Specifically, the petitioner was advised to either pay the filing fee or submit a statement of account completed by an authorized officer certifying the amount of money in his inmate account and the monthly deposit and balance averages for the preceding six months.

Despite notification of the need to correct the deficiencies in the pleadings, the petitioner failed to correct the deficiencies in the complaint.  Petitioner failed to pay the filing fee or submit a motion to proceed in forma pauperis.

Therefore, this action shall be dismissed without prejudice for failure to correct

deficiencies in the pleadings and to pay the court's filing fee.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, October <u>31</u>, 2012.

　　　　　　　　　　　　　　　　　*signature*
　　　　　　　　　　　　　　　　　BRIAN A. JACKSON, CHIEF JUDGE
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT
　　　　　　　　　　　　　　　　　MIDDLE DISTRICT OF LOUISIANA