UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

NOLAN JARVIS (#128609)

VERSUS                                                CIVIL ACTION

TIM KEITH, ET AL                                      NUMBER 12-599-BAJ-SCR

**NOTICE**

    Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the U. S. District Court.
    In accordance with 28 U.S.C. § 636(b)(1), you have 14 days after being served with the attached report to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein. Failure to file written objections to the proposed findings, conclusions and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.

    ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

    Baton Rouge, Louisiana, January 11, 2013.

                                        STEPHEN C. RIEDLINGER
                                        UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

NOLAN JARVIS (#128609)

VERSUS                                                    CIVIL ACTION

TIM KEITH, ET AL                                          NUMBER 12-599-BAJ-SCR

**SUPPLEMENTAL MAGISTRATE JUDGE'S REPORT**

On December 4, 2012, a Magistrate Judge's Report was issued recommending that the Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody filed by Nolan Jarvis be dismissed as untimely.[1]

On December 26, 2012, the petitioner filed an Amended Complaint and Objections to Magistrate Report and Recommendation.[2]

In the Amended Complaint the petitioner asserted the following additional grounds for relief:

(1) LSA-R.S. 15:571.3 is unconstitutional; and,

(2) his 1986 felony theft conviction is unconstitutional because (a) the bill of information was defective; (b) his guilty plea was not knowing and voluntary and (c) he was deprived of the right to appeal.

Petitioner's Amended Complaint alleges no facts which alter the conclusion that his habeas corpus petition is untimely. For the reasons set forth in the December 4, 2012 Magistrate Judge's

---

[1] Record document number 9.

[2] Record document number 10 and 11, respectively.

Report, the petitioner's application for habeas corpus, as amended, should be dismissed, with prejudice, as untimely pursuant to 28 U.S.C. § 2244(d).

## RECOMMENDATION

It is the recommendation of the magistrate judge that the petitioner's application for habeas corpus relief, as amended, be dismissed, with prejudice, as untimely pursuant to 28 U.S.C. § 2244(d).

Baton Rouge, Louisiana, January 11, 2013.

*Stephen C. Riedlinger*
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE