# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

NOLAN JARVIS (#128609)                                    CIVIL ACTION

VERSUS

TIM KEITH, ET AL.                          NO.: 3:12-cv-00599-BAJ-SCR

## RULING AND ORDER

Before the Court is Petitioner's **PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY (Doc. 1)**, as well as a motion styled **AMENDED COMPLAINT (Doc. 10)**. The Magistrate Judge has issued two **REPORTS (Docs. 9, 12),** each recommending that the Court deny habeas relief, and dismiss Petitioner's petition(s) with prejudice. Petitioner filed timely objections to each report, (Docs. 11, 13).

Having carefully considered Petitioner's **PETITION (Doc. 1)** and related filings—including Petitioner's objections[1]—the Court **APPROVES** the Magistrate Judge's **REPORTS (Docs. 9, 12),** and **ADOPTS** them as the Court's opinion(s). Accordingly,

**IT IS ORDERED** that Petitioner's § 2254 Petition (Doc. 1) is **DISMISSED WITH PREJUDICE** for the reasons explained in the Magistrate Judge's Report (Doc. 9).

---

[1] The Magistrate Judge recommends that Petitioner's habeas claim be dismissed because it fails as a matter of law, (Doc. 9 at pp. 3–4), *and* because it is untimely, (*Id.* at pp. 4–7; Doc. 12 at pp. 2–3). Petitioner's objections fail to meaningfully challenge either of these conclusions. (*See generally* Docs. 11, 13). Accordingly, Petitioner's objections are overruled.

**IT IS FURTHER ORDERED** that Petitioner's Amended Complaint (Doc. 10) is **DISMISSED WITH PREJUDICE** for the reasons explained in the Supplemental Magistrate Judge's Report (Doc. 12).

Baton Rouge, Louisiana, this 31st day of October, 2013.

_____

**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**